**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| OLD ATLANTA ROAD, LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 2:14-CV-0135-RWS |
| SPECIALIZED LOAN | : |
| SERVICING, LLC, *et al.*, | : |
| | : |
| Defendants. | : |

## **ORDER**

This case is before the Court for consideration of the Non-Final Report and Recommendation [25] and the Final Report and Recommendation [30] of Magistrate Judge J. Clay Fuller. After reviewing the Reports and Recommendations and Plaintiff's objections [27, 32] thereto, the Reports and Recommendations are received with approval and adopted as the Opinion and Order of this Court. Accordingly, Plaintiff's Motion for Remand [9] is **DENIED**, Defendants' Motion to Dismiss Plaintiff's Complaint [10] is **GRANTED**, Plaintiff's Motion to Amend [24] is **DENIED**, as futile.

AO 72A
(Rev.8/82)

Plaintiff's Motion to Set Aside Order [21] is **DENIED, as moot**. The Clerk shall close the case.

      **SO ORDERED**, this   10th   day of February, 2015.

 

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE